IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Merritt, Arlene L | Case Number: 05 B 04583 |
| | Judge: Hollis, Pamela S |
| Printed: 7/15/08 | Filed: 2/11/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 2, 2008
Confirmed: April 11, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 12,920.00 | |
| Secured: | | 1,069.97 |
| Unsecured: | | 0.00 |
| Priority: | | 9,556.03 |
| Administrative: | | 1,650.00 |
| Trustee Fee: | | 644.00 |
| Other Funds: | | 0.00 |
| Totals: | 12,920.00 | 12,920.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Deer & Stone | Administrative | 1,650.00 | 1,650.00 |
| 2. | Mortgage Lenders Network USA | Secured | 0.00 | 0.00 |
| 3. | Mortgage Lenders Network USA | Secured | 1,069.97 | 1,069.97 |
| 4. | Internal Revenue Service | Priority | 13,086.68 | 9,556.03 |
| 5. | Nordstrom | Unsecured | 289.34 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 74.40 | 0.00 |
| 7. | Credit Card Center | Unsecured | 1,466.84 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 747.73 | 0.00 |
| 9. | World Financial Network Nat'l | Unsecured | 426.72 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 2,441.73 | 0.00 |
| 11. | World Financial Network Nat'l | Unsecured | 272.17 | 0.00 |
| 12. | World Financial Network Nat'l | Unsecured | 117.39 | 0.00 |
| 13. | World Financial Network Nat'l | Unsecured | 560.30 | 0.00 |
| 14. | World Financial Network Nat'l | Unsecured | 305.95 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 206.96 | 0.00 |
| 16. | World Financial Network Nat'l | Unsecured | 585.58 | 0.00 |
| 17. | Fingerhut | Unsecured | 76.76 | 0.00 |
| 18. | Resurgent Capital Services | Unsecured | 852.59 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 5,321.81 | 0.00 |
| 20. | Deer & Stone | Priority | | No Claim Filed |
| 21. | Capital One | Unsecured | | No Claim Filed |
| 22. | Capital One | Unsecured | | No Claim Filed |
| 23. | BP Oil Co | Unsecured | | No Claim Filed |
| 24. | Capital One | Unsecured | | No Claim Filed |
| 25. | Card Processing Center | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Merritt, Arlene L | Case Number: 05 B 04583 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 7/15/08 | Filed: 2/11/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Capital One | Unsecured | | No Claim Filed |
| 27. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 28. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 29. | Shell Credit Card | Unsecured | | No Claim Filed |
| 30. | Peoples Energy Corp | Unsecured | | No Claim Filed |

$ 29,552.92      $ 12,276.00

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 68.80 |
| 3% | 24.00 |
| 5.5% | 220.00 |
| 5% | 60.00 |
| 4.8% | 76.80 |
| 5.4% | 194.40 |
| | $ 644.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

